Eric J. Farber (CA Bar # 169472)

FARBER & COMPANY ATTORNEYS, P.C.

847 Sansome Street, Suite LL

San Francisco, California 94111

415.434.5320; (f) 415.434.5380

eric@farberandco.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| EVENT ENTERTAINMENT,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE GONZALE, d.b.a. EL MEXICO BAR,<br><br>Defendants. | Case No.: CV F 98-5115 AWI<br><br>REQUEST TO BE WITHDRAWN AS COUNSEL OF RECORD |

To the Court, Parties and their Attorneys of Record:

Please take Notice that Counsel Eric J. Farber, former Counsel of Record in the case prior to closure of the matter on January 13, 1999 is no longer Counsel of Record and hereby requests to be withdrawn as Counsel of Record on the above matter.

///

///

///

Counsel Eric J. Farber is not active in this case and has not been since 1999. Counsel is not in communication with the Plaintiff in this action and is only receiving notices of the action via the Courts ECF system.

Dated:   December 18, 2007

Respectfully submitted,

/s/ Eric J. Farber
Eric J. Farber, Esq.

**ORDER**

Good Cause Appearing, it is so Ordered that Counsel Mr. Eric Farber be removed as Counsel of Record in this matter.

..

IT IS SO ORDERED.

**Dated:   December 19, 2007**          **/s/ Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE